Daniel F. Fears, Bar No. 110573
E-Mail: dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
E-Mail: akh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendants
THE BOEING COMPANY, HOLLY HANES, MARK SOLDO, STEVEN DIERKING, AND BILL LANG

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS R. PASCUAL,<br><br>　　Plaintiff Pro Se,<br><br>　　v.<br><br>THE BOEING COMPANY, a corporation; and the following employees: Holly Leigh Hanes-Director; Mark P. Soldo-Manager; Steven P. Dierking-Manager; Bill Lang-Director,<br><br>　　Defendants. | CASE NO: SACV12-02081-CJC (MLGx)<br><br>HON. CORMAC J. CARNEY<br><br>**JUDGMENT**<br><br>Hearing Date: May 12, 2014<br>Time:　　　　1:30 p.m.<br>Courtroom:　　9B<br><br>Action Filed: October 29, 2012 |

　　This action came on for hearing before this Court on May 12, 2014, before the Honorable Cormac J. Carney, upon the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, brought by Defendants The Boeing Company, Holly Hanes, Mark Soldo, Steven Dierking, and Bill Lang (collectively "Defendants") against Plaintiff Luis Pascual ("Plaintiff").  The evidence presented having been fully considered, the issues having been duly heard, including the argument of counsel, and a decision having been duly rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment be and is hereby entered in favor of Defendants, that Plaintiff take nothing, that the action be dismissed with prejudice on the merits, and that Defendants recover their reasonable costs.

**IT IS SO ORDERED.**

**DATED: June 16, 2014**

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

4831-8536-2459.1